| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kristina M. Launey (SBN 221335) |
| 2 | klauney@seyfarth.com |
| | 400 Capitol Mall, Suite 2350 |
| 3 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 4 | Facsimile: (916) 558-4839 |

Attorneys for Defendant
APPLE INC. and
PONTE GADEA CALIFORNIA LLC

DERBY, MCGUINNESS & GOLDSMITH, LLP
Celia MCGuinness, Eq. (SBN 159420)
info@dmglawgirm.com
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 987-8778

DERBY, MCGUINNESS & GOLDSMITH, LLP
Anthony Goldsmith, Esq. (SBN 125621)
info@dmglawgirm.com
21550 Oxnard Street, Suite 300
Woodland Hills, CA 91367
Telephone: (818) 2132762

Attorney for Plaintiff
NICHOLE BROWN-BOOKER and WALTER DELSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BROWN-BOOKER and WALTER DELSON, | Case No. 3:20-cv-02756-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | **FRCP 41(A)** |
| APPLE, INC. AND PONTE GADEA CALIFORNIA LLC, | Date Action Filed: June 5, 2017 |
| Defendants. | |

Pursuant to Fed. R. Civ. Proc. 41(a)(1), IT IS STIPULATED by and between the Parties that this action may be dismissed with prejudice as to all Parties; each Party to bear its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all Parties.

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

I, Kristina M. Launey, attest that concurrence in the filing of the document has been obtained from Plaintiff's counsel, and that Plaintiff's counsel agreed to this stipulation.

DATED: June 25, 2021         SEYFARTH SHAW LLP

                             By: /s/ Kristina M. Launey
                                 Kristina M. Launey

                             Attorneys for Defendants
                             APPLE INC. and
                             PONTE GADEA CALIFORNIA LLC

DATED: June 25, 2021         DERBY, MCGUINNESS & GOLDSMITH, LLP

                             By: /s/Anthony Goldsmith
                                 Anthony Goldsmith

                             Attorneys for Plaintiffs
                             NICHOLE BROWN-BOOKER and
                             WALTER DELSOM

Dated: June 28, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION OF DISMISSAL WITH PREJUDICE
67631760v.1